# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

*UNITED STATES OF AMERICA*

*v.*

*JACE LEE BROWN*

**CRIMINAL COMPLAINT**
**(Redacted)**

**CASE NUMBER:** MJ-25-04167-001-PCT-CDB

I, the undersigned complainant, state under oath that the following is true and correct to the best of my knowledge and belief:

## COUNT 1

On or about March 27, 2025, within the District of Arizona and elsewhere, in Mohave County, Arizona, and elsewhere, the defendant, JACE LEE BROWN, did knowingly and willfully transmit, in interstate commerce, a communication containing a threat to injure personnel of the Federal Bureau of Investigation in Clarksburg, West Virginia, in violation of Title 18, United States Code, Section 875(c).

## COUNT 2

On or about March 31, 2025, within the District of Arizona and elsewhere, in Mohave County, Arizona, and elsewhere, the defendant, JACE LEE BROWN, did knowingly and willfully transmit, in interstate commerce, a communication containing a threat to injure personnel of the Federal Bureau of Investigation in Clarksburg, West Virginia, in violation of Title 18, United States Code, Section 875(c)

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts: **SEE ATTACHED AFFIDAVIT.**

Continued on the attached sheet and made a part hereof:   ☒   Yes   ☐   No

REVIEWED BY:  */s AUSA Paul V. Stearns*

///////

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct.**

David Delio, Special Agent, FBI
Complainant's Name and Title

DAVID DELIO
Digitally signed by DAVID DELIO
Date: 2025.05.02 09:44:09 -07'00'

Complainant's Signature                Date

 X  Sworn by Telephone

_____
Date/Time

Flagstaff, Arizona
City and State

Camille D. Bibles, U.S. Magistrate Judge
Name & Title of Judicial Office

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2025.05.02 11:26:39 -07'00'

Signature of Judicial Officer

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

### ELECTRONICALLY SUBMITTED AFFIDAVIT

I, <u>FBI Special Agent David Delio</u>, state under oath as follows:

1. I am employed as a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and I have been so employed since September 2019. Your affiant has approximately five years of experience as a sworn federal law enforcement officer. I am currently assigned to the FBI Phoenix Division, Lake Havasu City Resident Agency. My primary duties include the investigation of violent crimes committed in Indian Country, as well as any potential Federal crimes which occur within my assigned area of responsibility, namely Mohave County and Laz Paz County, Arizona.

2. The information contained in this affidavit is based upon my personal knowledge, training, and experience, as well as information provided to me by other law enforcement officers and/or witnesses including those listed herein. Because this affidavit is made to establish probable cause, I have not listed every fact known regarding this investigation.

### Introduction

3. This case involves telephone threats to injure and/or kill FBI Threat Intake Examiners (TIE or TIEs) working at the FBI National Threat Operations Center (NTOC) in Clarksburg, West Virginia. The victims in this case are C.E. and

T.G., who were both working in the course and scope of their duties as TIEs for the FBI NTOC. The threats were made by Jace Lee Brown (BROWN), a 34-year-old male who resides on E. Hearne Avenue in Kingman, Arizona 86409. The threats were made via a landline telephone, 928-757-0728 (the "Subject Phone"), which is registered to BROWN's father who also resides in Kingman, Arizona 86409. As set forth further below, BROWN made numerous harassing and threatening calls to FBI TIEs working at the NTOC in Clarksburg, West Virginia, in violation of 18 U.S.C. 875(c), knowingly and willfully transmitting, in interstate commerce, communication containing a threat to injure.

## Investigation/Probable Cause

4. On March 27, 2025, at about 9:48 PM (Eastern Time), the FBI National Threat Operation Center (NTOC) in Clarksburg, West Virginia, received a phone call, identified by caller identification, from the Subject Phone. The call was taken by an FBI TIE whose initials are C.E. The caller, having a male voice, stated, "I'm going to kill you first." After making the statement, the caller hung up the phone. This phone call was recorded, and I have reviewed the recording.

5. On March 28, 2025, your affiant called the Subject Phone and spoke with BROWN. BROWN verified that the Subject Phone was his phone number, which he said he had had for a "couple" of years. BROWN asserted that he had called the FBI NTOC and made the statement, "I'm going to kill you first" due to being "fed up with it." BROWN believed that the FBI TIE was involved with his

2

neighbors, who were among individuals listening in on BROWN's phone calls. I informed BROWN to be mindful of what he says, as the FBI TIE that he spoke with took BROWN's statement as a threat. BROWN also stated that he had been making hundreds of phone calls. BROWN confirmed that his parent's names were James and Janice Brown, and that his parents resided in Kingman, Arizona.

6. On March 31, 2025, at approximately 6:45 A.M. (Eastern Time), the NTOC received another call from the Subject Phone. The call was answered by a TIE whose initials are T.G. The caller threated to blow the T.G.'s head off.

7. On March 31, 2025, I once again contacted BROWN via the Subject Phone. I played BROWN an audio recording of Brown telling the T.G. that BROWN was going to blow the T.G.'s head off. BROWN told me that he had made the call from the Subject Phone, and that his statement was taken out of context. BROWN said that he made the call due to his neighbors intercepting his phone calls. BROWN also stated that he had been repeatedly calling 1-800-CALL-FBI. BROWN confirmed that his residence was located on E. Hearn Ave. in Kingman, Arizona, which is in Mohave County in the District of Arizona.

8. On March 31, 2025, I obtained subscriber information from Suddenlink, which services the subscription for the Subject Phone.[1] Suddenlink

---

[1] According to my research of publicly available resources on the Internet, Suddenlink Communications was an American telecommunications company providing cable television, broadband internet, IP telephony, home security, and advertising services, primarily in the United States. It was acquired by Altice

3

provided that the subscriber of the Subject Phone was James Brown, with a registrant address on E. Hearne Ave. in Kingman, Arizona 86409. By BROWN's admission, James Brown is BROWN's father.

9. Responsive to your affiant's request, Suddenlink also provided call detail records for the Subject Phone for the dates of March 30, 2025, through March 31, 2025. The records noted the following calls:

  a. Ten calls made to 202-418-1122, which open-source research resolved to the Federal Communications Commission.

  b. Four calls made to 888-225-5322, which open-source research resolved to the Federal Communications Commission.

  c. Eight calls made to 800-225-5324, which open-source research resolved to 1-800-CALL-FBI and is the number designated for the public to make reports to the FBI.

  d. Two calls made to 703-545-6700, which open-source research resolved to the United Sates Department of Defense.

  e. One call made to 855-835-5324, which open-source research resolved to the Nuclear Regulatory Commission.

---

USA. Altice USA, Inc., commonly known as Altice, is an American telecommunications provider with headquarters in New York City. The company delivers pay television, Internet access, telephone services, and television content to millions of residential and business customers in approximately 21 U.S. states. Altice operates under the Optimum brand.

    f. One call made to 800-627-4637, which open-source research resolved to the Las Cruces, New Mexico, Marine Corps Recruiting Office.

10. On April 2, 2024, I interviewed C.E., who works as a TIE at the NTOC. C.E. confirmed that C.E. had received a threat from a caller, who called from the Subject Phone, on March 27, 2025. The threat was, "I'm going to kill you first." C.E. replied, "excuse me," and the caller then hung up. C.E. took what the caller said as a direct threat. C.E. has been employed as an FBI TIE for nearly two years and had never been threatened on the phone like that by anyone.

11. On April 2, 2024, I interviewed T.G., who is a TIE at the NTOC. T.G. confirmed that T.G. had received multiple calls on March 31, 2025, from the Subject Phone. Some of the calls were "dead air" while on other calls T.G. could hear breathing. On one of the calls, T.G. received from the Subject Phone, the caller said, "I'm going to fucking kill you," "I'm going to murder you," and "kill yourself." The caller then hung up the phone. T.G. stated that NTOC had received more than 80 calls from the Subject Phone. T.G. noted that the caller sounded angry, and T.G. believed that it was the caller's intention to threaten.

## Conclusion

12. Based on the foregoing, I believed that there is probable cause to support that Jace Lee BROWN has violated Title 18, United States Code, Section 875(c), by way of threatening FBI NTOC TIEs. These threats were made with and

5

through an instrument of interstate commerce, namely a landline phone, in Kingman, Arizona, to a phone at the FBI NTOC in Clarksburg, West Virginia.   A warrant for Jace Lee BROWN's arrest is respectfully requested.

**Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.**

Executed on: May   2  , 2025

DAVID DELIO
Digitally signed by DAVID DELIO
Date: 2025.05.02 09:42:13 -07'00'

David Delio, Special Agent, FBI

 X  Sworn by Telephone

Date/Time: May 2, 2025

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2025.05.02 11:25:46 -07'00'

Camille D. Bibles
United States Magistrate Judge