TIMOTHY COURCHAINE
United States Attorney
District of Arizona
PAUL V. STEARNS
Assistant U.S. Attorney
Arizona Bar No. 029528
123 N. San Francisco St., Suite 410
Flagstaff, Arizona 86001
Telephone: (928) 556-5005
paul.stearns@usdoj.gov
*Attorneys for the Plaintiff*

FILED ☒   LODGED ☐

**Jun 03 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.   CR-25-08094-PCT-KML (CDB) |
| Plaintiff, | **I N F O R M A T I O N** |
| vs. | VIO:   18 U.S.C. § 875(c) |
| Jace Lee Brown, | (Threats in Interstate Communications) |
| Defendant. | Counts 1 and 2 |

THE UNITED STATES OF AMERICA CHARGES:

## COUNT 1

On or about March 27, 2025, within the District of Arizona and elsewhere, the defendant, JACE LEE BROWN, did knowingly and willfully transmit, in interstate commerce, a communication containing a threat to injure personnel of the Federal Bureau of Investigation in Clarksburg, West Virginia, specifically a threat at and to C.E.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 2

On or about March 31, 2025, within the District of Arizona and elsewhere, the defendant, JACE LEE BROWN, did knowingly and willfully transmit, in interstate

commerce, a communication containing a threat to injure personnel of the Federal Bureau

of Investigation in Clarksburg, West Virginia, specifically a threat at and to T.G.

In violation of Title 18, United States Code, Section 875(c).

Date: May 30, 2025                    TIMOTHY COURCHAINE
                                      United States Attorney
                                      District of Arizona


                                      Digitally signed by PAUL
                                      STEARNS
                                      Date: 2025.05.30 11:07:27 -07'00'

                                      PAUL V. STEARNS
                                      Assistant U.S. Attorney

- 2 -